1142

No. 10–6323. IRBY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 10–6337. MARTINEZ COVARRUBIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–6339. DEL VALLE-CISNEROS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 10–6446. ESTRADA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 10–6532. SHAW v. POTTER, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 10–6634. WILLIAMS v. ALLEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 10–6650. HINES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6668. KERR v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 10–6689. DARTEZ v. KANSAS. Ct. App. Kan. Certiorari denied. 

No. 10–6701. WIDEMAN v. COLORADO (Reported below: 382 Fed. Appx. 743); and WIDEMAN v. GARCIA (382 Fed. Appx. 741). C. A. 10th Cir. Certiorari denied.

No. 10–6928. LUCKEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–6948. FRANCIS v. CITY OF LOS ANGELES, CALIFORNIA, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–6952. FENNER v. BELL ET AL. C. A. 4th Cir. Certiorari denied. 

No. 10–6953. HACKNEY v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.